UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

MELISSA BREZAULT,

        Plaintiff,

v.

BRITISH AIRWAYS PLC,

        Defendant.

_____/

Case No.: 1:22cv22248

**NOTICE OF REMOVAL**

    Defendant BRITISH AIRWAYS PLC. (hereinafter "British Airways"), by and through its attorneys, Condon & Forsyth LLP, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. In support of this Notice of Removal, British Airways states as follows:

    1.    On or about June 30, 2022, Plaintiff MELISSA BREZAULT commenced this action against Defendant British Airways by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County. A copy of the Complaint is attached as Exhibit A and Acceptance of Service is attached as Exhibit B. No further proceedings have been had in this action.

    2.    The Complaint seeks damages for personal injuries Plaintiff sustained while traveling as a passenger on board a British Airways flight that was traveling from Miami to London on January 27, 2022.

3. Based on the allegations in the Complaint, this Court has original jurisdiction over this action because of the existence of a federal question pursuant to 28 U.S.C. § 1331 and, accordingly, it is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

4. Based on the allegations in the Complaint, the transportation out of which the subject matter of this action arose was "international carriage" within the meaning of a treaty of the United States known as the Montreal Convention. Convention for the Unification of Certain Rules Relating to International Carriage by Air, Done at Montreal, Canada, on 28 May 1999, reprinted in S. Treaty Doc. 106-45, CCH Av. L. Rep. ¶ 27,400-59, 1999 WL 33292734 (1999). Accordingly, the rights and liabilities of the parties to this action are governed exclusively by the provisions of the Montreal Convention. *See, e.g.*, *Ugaz v. Am. Airlines Inc.*, 576 F. Supp. 2d 1354 (S.D. Fla. 2008).

5. Plaintiff alleges that this action is governed by the Montreal Convention, and invokes the Montreal Convention throughout the Complaint. *See* Exhibit A ¶¶ 1-2, 14-24.

6. Because this action arises under a treaty of the United States, the action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(a).

7. Alternatively, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship because Plaintiff is a citizen of Florida, British Airways is a foreign corporation duly organized and existing under the laws of the United Kingdom, and, upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Southern District of Florida, which is the District in which the state court action is pending.

9. This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. § 1441(d).

10. British Airways will promptly provide all parties with written notice of the filing of this Notice of Removal and shall file a copy of the Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant BRITISH AIRWAYS PLC, prays that this action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County be removed therefrom to this Court.

Dated: July 20, 2022

Respectfully submitted,

**CONDON & FORSYTH LLP**

By: */s/ Lisa B. Heller*
Lisa B. Heller, Esq.
Florida. Bar No. 96658
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel: (305) 492-7303
Fax: (212) 370-4453
Email: lheller@condonlaw.com

- and -

**CONDON & FORSYTH LLP**
Marissa N. Lefland, Esq.
(Pro Hac Vice Motion to be submitted)
7 Times Square Tower
New York, New York 10036
Tel: (212) 490-9100
Fax: (212) 370-4453
Email: mlefland@condonlaw.com

Attorneys for Defendant

.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

/s/ Lisa B. Heller
Lisa B. Heller