UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MELISSA BREZAULT, | Case No.: 1:22-cv-22248-JEM |
| Plaintiff, | **STIPULATION OF VOLUNTARY** |
| vs. | **DISMISSAL PURSUANT TO F.R.C.P.** |
| BRITISH AIRWAYS PLC, | **41(a)(1)(A)(ii)** |
| Defendant. | |

-----------------------------------X

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Melissa Brezault, by and through her undersigned attorneys, Searcy Denney Scarola Barnhart & Shipley, P.A, hereby voluntarily dismisses this action against Defendant British Airways PLC with prejudice. Each party shall bear its own fees and costs.

Dated: May 4, 2023

SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A

By /s/ Juan C. Diaz Avila
Mariano Garica
Juan C. Diaz
_garciateam@searcylaw.com
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

*Attorney for Plaintiff*

CONDON & FORSYTH LLP

By /s/ Marissa Lefland
Lisa B. Heller, Esq.
lheller@condonlaw.com
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (305) 492-7303
Fax: (212) 370-4453

-and-

Marissa N. Lefland, Esq. (pro hac vice)
7 Times Square Tower, 18th Floor
New York, New York, 10036
Tel: (212) 490-9100
Fax: (212) 370-4453
Email: mlefland@condonlaw.com
*Attorneys for Defendant*
BRITISH AIRWAYS, PLC